IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | BK NO.: 18-32320 |
| MARIA CANCEL, | CHAPTER 13 |
| Debtor. | JUDGE DAVID D. CLEARY |

**AGREED ORDER CONDITIONING AUTOMATIC STAY**

THIS CAUSE coming on to be heard on the motion of SN SERVICING CORPORATION SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CHALET SERIES IV TRUST, its Successors and/or Assigns, for relief from the automatic stay and co-debtor stay, the Court having jurisdiction over the subject matter;

**IT IS HEREBY ORDERED:**

1. The automatic stay imposed by 11 U.S.C. §§362 and 1301 remains in effect and SN SERVICING CORPORATION SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CHALET SERIES IV TRUST, its Successors and/or Assigns, is bound by the stay.

2. In response to movant's motion to modify stay, the Debtor filed a motion to modify plan which provides for post-petition arrearages owed to Movant through May 2020 in the amount of $10,392.29 to be paid through Trustee disbursements as a supplemental claim in Debtor's plan. Now, the Debtor must continue to make post-petition mortgage payments directly to Creditor, commencing with the June 1, 2020, post-petition mortgage payment.

3. If movant fails to receive one post-petition monthly mortgage payment after June 1, 2020 *or* if Debtor causes a one-month plan default after June 1, 2020, then the §§362 and 1301 stays shall be automatically modified and Bankruptcy Rule 4001(a)(3) waived, as to movant, its principals, agents, successors and/or assigns, as to certain real estate with a common address of 1343 N. Ridgeway Avenue., Chicago, Illinois 60651, and also as to an individual by the name of Adelberto Irizarry, fourteen (14) calendar days after mailing notification to the Debtor, the Debtor's attorney, the non-filing co-Debtor and the trustee, unless during that period the Debtor tenders funds to cure the plan default, *and/or* to cure the loan post-petition current.

      4.  In the event the stay is modified pursuant to ¶3 herein, then and in this event the movant shall file a Notice of Modification of Stay on the docket in this case.

Enter: _David D. Cleary_

Dated: June 08, 2020

United States Bankruptcy Judge

Terri M. Long
LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax:   : (708) 922-3302
Atty. for SN SERVICING CORPORATION SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CHALET SERIES IV TRUST, its Successors and/or Assigns